AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Starlin Alfredo MARTINEZ-Morales<br>DOB: 04/28/1995 Citizenship: Honduras<br><br>*Defendant(s)* | Case No. M-19-1079-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 7, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Knowingly or in reckless disregard of the fact that M.A.M.G., a citizen of Honduras, who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport, by foot, said alien in furtherance of such violation of law within the United States, that is, from a location in Los Ebanos, Texas to the point of arrest in Los Ebanos, Texas. |

This criminal complaint is based on these facts:
On May 7, 2019, Border Patrol Agents apprehended a male subject, later identified as Starlin Alfredo MARTINEZ-Morales, and a juvenile after both illegally crossed the Rio Grande River near Los Ebanos, Texas. MARTINEZ-Morales claimed to be traveling with his juvenile son. An immigration inspection was conducted and both subjects were determined to be illegally present in the United States.

✓ Continued on the attached sheet.

approved by AUSA Frances E. Blake
on 5/10/2019

*Complainant's signature*

Sean Dunagan, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/10/2019 - 5:31 p.m.

*Judge's signature*

Juan F. Alanis
U.S. Magistrate Judge Peter E. Ormsby
*Printed name and title*

City and state: McAllen, Texas

M-19-1079-M

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

RE: Starlin Alfredo MARTINEZ-Morales

CONTINUATION:

The subject was subsequently transported to the Rio Grande Valley/Central Processing Center to be processed accordingly.

On May 9, 2019, Homeland Security Investigations Special Agents (HSI) interviewed MARTINEZ after it was discovered that MARTINEZ was using a fraudulent document to claim the relation to the juvenile and further their unlawful entry into the United States. Prior to being interviewed, MARTINEZ was read his Miranda Rights and chose to waive them.

MARTINEZ stated he is not the father of the child and was only traveling with the child to successfully gain entry into the United States. MARTINEZ further stated that he was transporting the child to North Carolina. MARTINEZ admitted that he obtained the child's fraudulent document to show him as the father.